determination, including that of the testator's mental capacity. The terms of the order led the trial judge to exclude evidence on that subject when offered on behalf of the contestants, and thus deprived them of having that issue passed upon. For this reason we think the verdict must be set aside and a new trial granted, and also an order should be entered resettling the original order made by this court. Decree of the surrogate reversed, and a new trial granted; costs to abide the event. See 52 N. Y. Supp. 511.

MASON, Respondent, v. CORBIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1899). Action by Marcus P. Mason against Amasa Corbin, Jr. No opinion. Judgment affirmed, with costs.

MAYER, Respondent, v. MAYER et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. June 6, 1899.) Action by Eva Mayer against George M. Mayer and others. No opinion. Judgment affirmed, with costs.

MAYER, Respondent, v. RAYMOND, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by Julius Mayer against Frank A. Raymond. No opinion. Judgment and order affirmed, with costs.

In re MAYOR, ETC., OF CITY OF NEW YORK. In re CUIFFI. (Supreme Court, Appellate Division, First Department. May 12, 1899.) In the matter of the mayor, aldermen, and commonalty of the city of New York. In the matter of Cuiffi. No opinion. Application denied.

MERRICK v. WATERS et al. (Supreme Court, Appellate Division, Third Department. May 19, 1899.) Action by John C. Merrick against Mary Waters and others. No opinion. Motion to dismiss appeal denied, with costs.

MILLER, Respondent, v. KING et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 8, 1899.) Action by George Miller against John King and another, as receivers of the New York, Lake Erie & Western Railroad Company. No opinion. Judgment and order affirmed, with costs. See 53 N. Y. Supp. 123.

MILLER et al., Respondents, v. PROGRESSIVE ROLLED CIGARETTE MAKERS' UNION et al., Appellants. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Abraham Miller and others against the Progressive Rolled Cigarette Makers' Union, impleaded with others. S. F. Hyman, for appellants. S. Levy, for respondent. No opinion. Judgment affirmed, with costs, with leave to the defendants to withdraw demurrer and answer in 20 days on payment of costs in this court and in the court below.

MORRIS, Appellant, v. BANK OF SAVINGS OF CITY OF NEW YORK et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by John Morris against the Bank of Savings of the City of New York and Michael Tully. No opinion. Judgment affirmed, without costs.

In re MURPHY'S WILL. (Supreme Court, Appellate Division, Fourth Department. June 13, 1899.) In the matter of the revocation of the will of Julia Murphy, deceased. No opinion. Motion granted, and issues to be settled before SPRING, J., on two days' notice.

MULLER, Respondent, v. HEALEY, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Frederick Muller against Edward J. Healey. No opinion. Judgment affirmed, with costs.

MURPHY, Appellant, v. CITY OF NIAGARA FALLS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by William Murphy against the city of Niagara Falls and others. No opinion. Judgment affirmed, with costs. See 53 N. Y. Supp. 1110.

MYERS, Respondent, v. MOSS, Appellant. (Supreme Court, Appellate Division, First Department. May 19, 1899.) Action by Frederick S. Myers against Maria Moss. J. W. McElhinny, for appellant. T. Hill, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

NEW YORK, L. & W. R. CO., Respondent, v. ERIE R. CO. et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 24, 1899.) Action by the New York, Lackawanna & Western Railroad Company against the Erie Railroad Company and another. No opinion. Order affirmed, with costs. See 55 N. Y. Supp. 1144.

NICHOLSON, Appellant, v. NICHOLSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Lillian E. Nicholson against Charles F. Nicholson and Edward Nicholson. No opinion. Judgment affirmed, without costs.

NICKSON, Respondent, v. HARLEY, Appellant. (Supreme Court, Appellate Division, Second Department. May 2, 1899.) Action by Alfred Nickson against James Harley. No opinion. Motion to direct justice to file amended return denied, without costs.

NICOLL, Appellant, v. DOREMUS, Respondent. (Supreme Court, Appellate Term. May 24, 1899.) Action by Charles H. Nicoll against R. Ogden Doremus. There was a judgment for defendant, and plaintiff appeals. Affirmed. William C. Timm, for appellant. Dudley R. Norton, for respondent.

PER CURIAM. Judgment affirmed, with costs to respondent.

NIEMOLLER, Respondent, v. DUNCOMBE, Appellant. (Supreme Court, Appellate Division, Second Department. June 6, 1899.) Action by Eunice Niemoller against Naomi Duncombe.